**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 10-302 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JOHNNY KIMBLE, ET AL | MAGISTRATE JUDGE HORNSBY |

---

### ORDER

Before this Court is Defendant's Motion for Reconsideration. (Record Document 286). Defendant cites to <u>Bullcoming v. New Mexico</u> for authority on this matter. ___ U.S. ___, 131 S.Ct. 2705 (2011). <u>Bullcoming</u>'s facts are distinguishable and therefore do not provide the Court with sufficient persuasion to reconsider its previous ruling.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Reconsideration (Record Document 286) filed by Defendant Demario Henderson is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana this 5th day of September, 2011.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE