UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA              CRIMINAL NO. 10-cr-00302 (02)

versus                                JUDGE HICKS

BOBBY LEE KIMBLE                      MAGISTRATE JUDGE HORNSBY

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant, Bobby Ray Kimble, is presently found to be not competent to stand trial, and pursuant to the provisions of Title 18, United States Code, Sections 4241(d)(1), he is committed to the custody of the Attorney General, or his authorized representative for federal prisoners, for the purpose of an evaluation at a suitable facility.  The Defendant shall remain committed for a reasonable period, not to exceed four (4) months, as is necessary to determine whether there is a substantial probability that in the foreseeable future Defendant will become competent to stand trial.

**IT IS FURTHER ORDERED** that the Defendant, Bobby Lee Kimble, voluntarily surrender to the United States Marshal Service, located at 300 Fannin Street, Shreveport, Louisiana, no later than **12:00 noon** on the **23rd** day of **July**, **2012**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 6th day of June, 2012.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE